UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-1393

———————

WALLACE MITCHELL,

Plaintiff - Appellant,

versus

ALPHONSO HAWKINS; DAVID B. MITCHELL; CORPORAL
JERMYN; TIMOTHY J. LONG,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-95-
840-L)

———————

Submitted:  June 18, 1998          Decided:  July 2, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Wallace Mitchell, Appellant Pro Se.  Sean Daniel Wallace, Michael
Patrick Whalen, John Anthony Bielec, COUNTY ATTORNEY'S OFFICE,
Upper Marlboro, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wallace Mitchell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and the order denying his motion for reconsideration. See Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mitchell v. Hawkins, No. CA-95-840-L (D. Md. Jan. 22, 1997; Mar. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2